# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE HOME EQUITY MORTGAGE ASSET BANK TRUST SERIES INA3S 2005-C, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES INABS 2005-C, | : : : : : : : | No. 866 MAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : : : : | |
| v. | : : : : | |
| MARK PAUL KLEEMAN, | : : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.